Linda D. **EDENS** (Tague), **Respondent,**

v.

**William L. EDENS, Petitioner.**

Supreme Court of Pennsylvania.

Dec. 2, 1999.

William L. Edens, pro se.

### ORDER

PER CURIAM.

**AND NOW,** this 2nd day of December, 1999, the petition for allowance of appeal is denied, and petitioner's "Motion to Allow Attached Answer to Respondent's Brief in Opposition" is likewise denied.